IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00136-RPM-CBS

SHAUN MICHAIL BRIDGES and
TIALISA PANTKE, individually and in her capacity as guardian of KAYLA MANWILL,

    Plaintiffs,

v.

JAMES PORTER, individually, and
JAMES PORTER d/b/a JAMES PORTER TRUCKING,

    Defendants.

_____

ORDER DISMISSING CASE WITH PREJUDICE
_____

    Pursuant to the Unopposed Motion for Dismissal with Prejudice, filed October 14, 2010+ [25], it is

    ORDERED that the motion is granted and this civil action is dismissed with prejudice with each party to bear their respective costs and attorney's fees.

    DATED: October 15th, 2010

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge